MAYO, APPELLANT, *v.* JOHN F. MADDEN, RESPONDENT. *d 7- 12 6*

[1]ACTION—MISJOINDER OF CAUSES.—A claim for damages for a personal tort cannot be united with a demand properly cognizable in a Court of equity, in the same action.

APPEAL from the District Court of the Sixth Judicial District.

Mayo filed his complaint, praying for the recovery of the possession of land in the City of Sacramento, and damages for the detention of the land and for forcible eviction and expulsion from it, and for the value of improvements erected upon it by him.

Defendant demurred to the complaint, because several causes of action had been united in it. The Court sustained the demurrer, and the plaintiff appealed.

*Winans & Hyer,* for Appellant.

*Crockett & McKune,* for Respondent. (Cited Statutes 1851, p. 59, Sec. 64.)

*Mr. J. HEYDENFELDT delivered the opinion of the     [28] Court. Mr. Ch. J. MURRAY concurred.

---

[1] Distinguished in *Gates* v. *Kieff,* 7 Cal. 126.   See 4 Neb. 581.

In this action there is united a claim for damages for a personal tort, and a demand properly cognizable in a court of equity. Whatever may be the liberality claimed for our present practice, it certainly cannot be extended to such a misjoinder as this declaration contains.

The judgment on demurrer is affirmed, with leave to the plaintiff to amend.

Let the cause be remanded.